/s/ Russell Brown
CHAPTER 13 TRUSTEE
3838 North Central Avenue, Suite 800
Phoenix, Arizona  85012-1965
Phone: 602.277.8996

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| CLIFFORD ROBERT OLSEN, JR. and TINA MAIRE OLSEN,<br><br>1091 NORTH OLD CHISHOLM TRAIL<br>APT # B<br>DEWEY, AZ 86327<br><br>Debtors. | Chapter 13<br><br>Case No. 0-17-bk-10139 PS<br><br>**TRUSTEE'S 2019 ANNUAL STATUS REPORT OF RECEIPTS AND DISBURSEMENTS** |

This is an annual status report of receipts (plan payments) for up to two years and all disbursements (payments) by the Trustee to creditors. Debtors may view their case information through the National Data Center; sign up at www.ndc.org. If a debtor or creditor has any question about the claims/debts paid by the Trustee, CONTACT YOUR ATTORNEY. If you have a general question about the bankruptcy process, go to the Trustee's website at www.chapter13.info.

### Dates
Petition Date: 8/29/2017
Plan Payment Start Date: 9/28/2017
Plan Confirmed On: 1/17/2018
Last Payment Received: 7/30/2019
Last Disbursement Date: 7/30/2019

### Plan Payment Schedule

| Pmt Amt | Month # | | Month # |
|---|---|---|---|
| 400.00 | 1 | through | 40 |

### Tax Returns for 2018
The Trustee has received the required 2018 income tax returns from the Debtor(s).

### Plan Payments Received by Trustee or Payment Refunds

If a debtor has a question about a receipt not shown below, provide the Trustee with a copy of the front *and* back of the receipt (unless payment was made through TFS). Plan payments can be made online through www.tfsbillpay.com.

Plan payments are current.

The total amount of plan payments received: $9,200.00
The amount of trustee fee taken on receipts: $588.00
Amount of Undistributed Funds: $380.00

***Covers receipts posted July 26, 2017, through July 25, 2019.***

| Date | Ck # | Amount | Date | Ck # | Amount | Date | Ck # | Amount |
|---|---|---|---|---|---|---|---|---|
| 7/1/19 | TFS | 400.00 | 5/31/19 | TFS | 400.00 | 4/30/19 | TFS | 400.00 |
| 4/1/19 | TFS | 400.00 | 3/4/19 | TFS | 400.00 | 1/30/19 | TFS | 400.00 |
| 1/2/19 | TFS | 400.00 | 11/30/18 | TFS | 400.00 | 10/30/18 | TFS | 400.00 |
| 10/1/18 | TFS | 400.00 | 8/30/18 | TFS | 400.00 | 7/30/18 | TFS | 400.00 |
| 6/25/18 | TFS | 400.00 | 6/4/18 | TFS | 400.00 | 5/2/18 | TFS | 400.00 |
| 4/2/18 | TFS | 400.00 | 3/5/18 | TFS | 400.00 | 2/1/18 | TFS | 400.00 |
| 1/3/18 | TFS | 400.00 | 12/4/17 | TFS | 400.00 | 11/1/17 | TFS | 400.00 |
| 10/4/17 | TFS | 400.00 | | | | | | |

*Disbursement information (payments to creditors) is on the next page.*

## Disbursements to Administrative Expenses / Claimants / Creditors

The Plan was confirmed on 1/17/2018. The Trustee's last disbursement was on 7/30/2019 and the amount paid out to date is $8,820.00. The amount of Trustee's percentage fee paid is $588.00.

| Pmt Seq | Creditor Name | Trustee or Court Claim # | Last Pmt Date | Claim Class | Claim Type(s) | Debt Amount | Principal Paid | Interest Rate | Interest Paid | Total Paid | Principal Balance of Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | | | | | | | | | | | |
| | MICHAEL REDDIG | | 5/30/18 | L | | 2,000.00 | 2,000.00 | | 0.00 | 2,000.00 | 0.00 |
| 24 | | | | | | | | | | | |
| | NEVADA WEST FINANCIAL | 005 | 7/30/19 | S | V | 9,252.52 | 5,320.95 | 6.00 | 911.05 | 6,232.00 | 3,931.57 |
| 25 | | | | | | | | | | | |
| | ARIZONA DEPARTMENT OF REVENUE | 001 | | P | | 1,077.23 | 0.00 | | 0.00 | 0.00 | 1,077.23 |
| | IRS | 002 | | P | | 903.36 | 0.00 | | 0.00 | 0.00 | 903.36 |
| 33 | | | | | | | | | | | |
| | ARIZONA DEPARTMENT OF REVENUE | 001 | | U | | 9,551.52 | 0.00 | | 0.00 | 0.00 | 9,551.52 |
| | IRS | 002 | | U | | 7,823.14 | 0.00 | | 0.00 | 0.00 | 7,823.14 |
| | ARIZ DEPT OF ECONOMIC SECURITY | 003 | | U | | 136.24 | 0.00 | | 0.00 | 0.00 | 136.24 |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 006 | | U | | 299.62 | 0.00 | | 0.00 | 0.00 | 299.62 |
| | RESURGENT CAPITAL SERVICES | 007 | | U | | 399.02 | 0.00 | | 0.00 | 0.00 | 399.02 |
| 34 | *Trustee anticipates no payment or no further payment on these debts:* | | | | | | | | | | |
| | WELLS FARGO CARD SERVICES | 004 | | S | P | 494.78 | 0.00 | | 0.00 | 0.00 | 494.78 |

Explanation of codes:

(1) A payment sequence of 34 or greater means the Trustee will not make, or make no more, payments to the creditor.
(2) "#" refers to a claim that the Court has disallowed.
(3) **C**lass codes: "C" = continuing payment;"L" = legal/administrative expense; "P" = priority; "S" = secured; "U" = unsecured
(4) **Claim Type:** "A" = arrears; "E" = expense claim; "F" = 3002.1 expense; "M" = mortgage; "P" = personal property; "R" = residence; "V" = vehicle

In re OLSEN, JR.  Case No. 0-17-bk-10139-PS  Page 2

If the Trustee has an email address for the Debtors, then the Trustee sent the Annual Report by email. Else the Trustee sent a paper copy to the address appearing in the caption and to a separate mailing address for the joint debtor, if the Trustee has that information.